UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., <br><br> *Plaintiff/Counterclaim Defendant*, <br><br> v. <br><br> ILLEN PRODUCTS LTD. d/b/a IMPRINT PLUS and CCL INDUSTRIES INC., <br><br> *Defendants/Counterclaim Plaintiffs*, <br><br> v. <br><br> STEVEN GORSS, <br><br> *Counterclaim Defendant.* | **Civil Action No. 18-cv-01052** <br><br> **The Honorable Alfred V. Covello** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Gorss Motels, Inc. ("Plaintiff"), Counterclaim Defendant Steven Gorss ("Gorss"), and Defendants Illen Products Ltd. d/b/a Imprint Plus and CCL Industries, Inc. ("Defendants"), by and through their attorneys, hereby stipulate to dismissal of the above-captioned case with prejudice, including all claims and counterclaims asserted therein.  Each party shall bear its own costs and attorneys' fees.

Dated:  October 15, 2019

| | |
|---|---|
| Gorss Motels, Inc. and Steven Gorss | Illen Products Ltd. d/b/a Imprint Plus and CCL Industries, Inc. |
| By their attorneys, | By their attorneys, |
| /s/ Ryan M. Kelly<br>Ryan M. Kelly ct30230<br>ANDERSON + WANCA<br>3701 Algonquin Rd., Suite 500<br>Rolling Meadows, IL 60008<br>Telephone: 847-368-1500<br>Email: rkelly@andersonwanca.com | /s/ Michael W. McTigue Jr.<br>Michael W. McTigue Jr. (*Pro Hac Vice*)<br>Meredith C. Slawe (*Pro Hac Vice*)<br>E. Marie Bussey-Garza (*Pro Hac Vice*)<br>Akin Gump Strauss Hauer & Feld LLP<br>Two Commerce Square<br>2001 Market St., Suite 4100<br>Philadelphia, PA 19103<br>Tel: 215-965-1200<br>Fax: 215-965-1210<br>mmctigue@akingump.com<br>mslawe@akingump.com<br>mbussey-garza@akingump.com<br><br>Jeffrey J. White – ct25781<br>Kathleen E. Dion – ct28605<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Tel: 860-275-8252<br>Fax: 860-275-8299<br>jwhite@rc.com<br>kdion@rc.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Ryan M. Kelly